IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | **8:21CR118** | |
| v. | | |
| LUIS LOPEZ, | **ORDER** | |
| Defendant. | | |

This matter is before the Court on defendant Luis Lopez's ("Lopez") *pro se* Motion pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i) for Reduction of Sentence/Vacate Sentence (Filing No. 89). This motion is virtually identical to Lopez's previously filed motion (Filing No. 83) which was denied on December 18, 2025 (Filing No. 85). The only difference between the two lengthy submissions is found on page 4 of the current motion, which now adds:

"Exhibit (C) is where Defendant was in fact 851'ed as well as Exhibit (D) is where Defendant exhausted all his Administrative Remedies."

It appears from the document entitled Exhibit (D) that Lopez did present his request for relief to the warden of the Federal Correctional Institution-Loretto, on January 29, 2026. The warden rejected that request on February 17, 2026. Therefore, Lopez has now exhausted his administrative remedies as required by § 3582(c)(1)(A).

But Lopez again falls short on the merits. He continues to seek relief from a claimed enhancement to his sentence under 21 U.S.C. § 851. No such enhancement was applied to him nor was it charged. The Indictment charged Lopez under 21 U.S.C. §§ 841(a)(1), 841(b)(1), and 846 (Filing No. 23).

Even if a change in the law or the United States Sentencing Guidelines ("U.S.S.G.") themselves provided a pathway to relief, which they do not, *see* U.S.S.G. § 1B1.13(c),

Lopez maintains his argument that he received an § 851 enhancement.  Exhibit (C) presented by Lopez is a Bureau of Prisons ("BOP") document – "Sentencing Monitoring Computation Data." This document refers to an offense code which includes § 851 along with a litany of statutes, but the "OFF/CHG" on the document clearly does not include § 851.  The BOP document is not controlling, and the Indictment (Filing No. 23) and the Judgment (Filing No. 69) clearly show that the Court did not apply the § 851 enhancement.

For all the reasons set forth above and in the Court's December 18, 2025, Memorandum and Order (Filing No. 85), Lopez's motion is again denied in its entirety.

IT IS SO ORDERED.

Dated this 23rd day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2