IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS LOPEZ,

Defendant.

**8:21CR118**

**ORDER**

This matter is before the Court on defendant Luis Lopez's ("Lopez") Notice of Appeal (Filing No. 91) filed on April 28, 2026.  He did not, however, include the $605.00 filing and docket fees or a request to proceed in forma pauperis.  Lopez was initially appointed counsel in his underlying criminal case (Filing No. 10), but he later retained his own defense counsel (Filing No. 37).  Because he was able to retain his own counsel, the Court will require Lopez to either submit the filing and docket fees to the Clerk's Office or submit a request to proceed in forma pauperis for the Court's consideration.  *See* Fed. R. App. P. 24 (a)(1).

Accordingly,

IT IS ORDERED:

1.    Luis Lopez is directed to submit the $605.00 fees to the Clerk's Office or submit a request to proceed in forma pauperis within 30 days of the date of this Order.

2.    The Clerk of Court is directed to send Luis Lopez the Form 4 "Affidavit Accompanying Motion for Permission To Appeal In Forma Pauperis" and a copy of this Order.

Dated this 5th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge