IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS LOPEZ,<br><br>Defendant. | **8:21CR118**<br><br><br>**ORDER** |

This matter is before the Court on defendant Luis Lopez's ("Lopez") Motion to Proceed in Forma Pauperis (Filing No. 95). Lopez has filed an Affidavit in support as well as a trust account statement from his institution. Lopez indicates that he is indigent and cannot pay his appeal fee.

For good cause shown, Lopez's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 23rd day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge